# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 4, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

159457

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

DEENA LOUISE RODRIGUEZ,
   Defendant-Appellant.

SC: 159457
COA: 347121
Monroe CC: 17-243969-FC

_____/

   On order of the Court, the application for leave to appeal the February 20, 2019 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 4, 2020



Clerk

b0127